# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hank Aaron Johnson,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV404
3:06CR185

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2009 Order.

Signed: September 21, 2009

Frank G. Johns, Clerk
United States District Court